IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:          x<br>         :<br>AMERICAN HOME MORTGAGE   :<br>HOLDINGS, INC., *et al.*,     :<br>         :<br>     Debtors.     :<br>         :<br>         :<br>TRIAD GUARANTY INSURANCE CORP., :<br>         :<br>     Plaintiff,   :<br>         :<br>v.                 :<br>         :<br>AMERICAN HOME MORTGAGE     :<br>INVESTMENT CORP. and AMERICAN :<br>HOME MORTGAGE SERVICING, INC., :<br>         :<br>     Defendants.  :<br>         x | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adv. Proc. No. 09-52193 (CSS) |

## MOTION OF CERTAIN SECURITIZATION TRUSTS TO INTERVENE

Those certain Securitization Trusts identified on **Exhibit "A"** attached hereto (the "Trusts"), by and through their undersigned counsel, hereby file this Motion to Intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure, applicable in this matter pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedure, in order to intervene in the above-captioned adversary proceeding (the "Adversary Proceeding") for the reasons set forth in the accompanying Memorandum of Law of Certain Securitization Trusts in Support of Motion to Intervene (the "Memorandum").

The Trusts, however, reserve their right to contest this Court's jurisdiction over the subject matter of the Adversary Proceeding or the Trusts, but otherwise seek to protect their rights in the Adversary Proceeding. The Trusts seek to intervene primarily because they will

suffer significant and irreparable harm if they don't have the immediate opportunity to intervene and be heard; the debtor defendants are not adequate representatives of the Trusts and the Trusts' interests and this Court may lack subject-matter jurisdiction.

WHEREFORE, and for the reasons set forth in the Memorandum, the Trusts pray that the Court enter an order (a) allowing the Trusts to intervene in the Adversary Proceeding; and (b) granting the Trusts such other relief as is just and proper.

SAUL EWING LLP

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

*Attorneys for the Trusts*

Dated: March 25, 2010