# Exhibit A

Securitization Trust

| Deal Name | Issuing Entity | Trustee | Master Servicer |
|---|---|---|---|
| AHMA 2005-1 | American Home Mortgage Asset Trust 2005-1 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| GSR 2006-AR1 | GSR MORTGAGE LOAN TRUST 2006-AR1 | U.S. Bank National Association | Wells Fargo Bank, N. A. |
| MASTR Alternative Loan Trust 2006-2 | MASTR Alternative Loan Trust 2006-2 | Bank of New York | Wells Fargo Bank, N. A. |
| GSAA 2006-6 | GSAA Home Equity Trust 2006-6 | U.S. Bank National Association | Bank of New York Mellon Master Servicing |
| MASTR Alternative Loan Trust 2006-OA1 | MASTR Alternative Loan Trust 2006-OA1 | U.S. Bank National Association | Wells Fargo Bank, N. A. |
| BSABS 2006-AC3 | Bear Stearns Asset Backed Securities I Trust 2006-AC3 | U.S. Bank National Association | Wells Fargo Bank, N. A. |
| GSR 2006-AR2 | GSR MORTGAGE LOAN TRUST 2006-AR2 | Citibank, N.A. | Wells Fargo Bank, N. A. |
| GSAA 2006-09 | GSAA Home Equity Trust 2006-9 | U.S. Bank National Association | Bank of New York Mellon Master Servicing |
| GSAA 2006-10 | GSAA Home Equity Trust 2006-10 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| GSAMP 2006-S4 | GSAMP Trust 2006-S4 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMIT 2006-2 (RMBS) | American Home Mortgage Investment Trust 2006-2 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMA 2006-2 (UBS) | American Home Mortgage Asset Trust 2006-2 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| BSABS 2006-AC4 | Bear Stearns Asset Backed Securities I Trust 2006-AC4 | U.S. Bank National Association | Wells Fargo Bank, N. A. |
| Harborview 2006-6 (Greenwich) | HarborView Mortgage Loan Trust 2006-6 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| MASTR Alternative Loan Trust 2006-3 | MASTR Alternative Loan Trust 2006-3 | Bank of New York | Wells Fargo Bank, N. A. |
| JPALT 2006-A3 | J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A3 | U.S. Bank National Association | Wells Fargo Bank, N. A. |
| GSAA 2006-11 | GSAA Home Equity Trust 2006-11 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMA 2006-3 | American Home Mortgage Asset Trust 2006-3 | Citibank, N.A. | Wells Fargo Bank, N. A. |
| AHMA 2006-4 (DB) | American Home Mortgage Asset Trust 2006-4 | Citibank, N.A. | Wells Fargo Bank, N. A. |
| HarborView 2006-7 | HarborView Mortgage Loan Trust 2006-7 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| GSR 2006-OA1 | GSR MORTGAGE LOAN TRUST 2006-OA1 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMA 2006-5 | American Home Mortgage Asset Trust 2006-5 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMA 2006-06 Countrywide | American Home Mortgage Asset Trust 2006-6 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| MASTR Adjustable Rate Mortgages Trust 2006-OA2 | MASTR Adjustable Rate Mortgages Trust 2006-OA2 | U.S. Bank National Association | Wells Fargo Bank, N. A. |
| MASTR Adjustable Rate Mortgages Trust 2007-1 | MASTR Adjustable Rate Mortgages Trust 2007-1 | U.S. Bank National Association | Wells Fargo Bank, N. A. |
| HarborView 2006-14 | HarborView Mortgage Loan Trust 2006-14 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |

| Deal Name | Issuing Entity | Trustee | Master Servicer |
|---|---|---|---|
| HALO 2007-AR1 | HSI Asset Loan Obligation Trust 2007-AR1 | Deutsche Bank National Trust Company | Citibank, N.A. |
| BSAMI 2007-AR1 | STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR1 | Citibank, N.A. | Wells Fargo Bank, N. A. |
| AHMA 2007-1 | American Home Mortgage Asset Trust 2007-1 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMA 2007-2 (Countrywide) | American Home Mortgage Asset Trust 2007-2 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| HarborView 2007-2 | HarborView Mortgage Loan Trust 2007-2 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| MASTR Adjustable Rate Mortgages Trust 2007-3 | MASTR Adjustable Rate Mortgages Trust 2007-3 | U.S. Bank National Association | Wells Fargo Bank, N. A. |
| GSR 2007-OA1 | GSR Mortgage Loan Trust 2007-OA1 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMA 2007-3 | American Home Mortgage Asset Trust 2007-3 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMA 2007-4 | American Home Mortgage Asset Trust 2007-4 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| HarborView 2007-5 | HarborView Mortgage Loan Trust 2007-5 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMA 2007-5 | American Home Mortgage Asset Trust 2007-5 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| HarborView 2007-6 | HarborView Mortgage Loan Trust 2007-6 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| HALO 2007-AR2 | HSI Asset Loan Obligation Trust 2007-AR2 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMA 2006-1 | American Home Mortgage Asset Trust 2006-1 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMIT 2007-SD1 (HELOC) | American Home Mortgage Investment Trust 2007-SD1 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMA 2007-SD2 (HELOC) | American Home Mortgage Investment Trust 2007-SD2 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMIT 2004-3 | American Home Mortgage Investment Trust 2004-3 | Citibank, N.A. | American Home Mortgage Servicing, Inc. |
| AHMIT 2004-4 | American Home Mortgage Investment Trust 2004-4 | Bank of New York | American Home Mortgage Servicing, Inc. |
| AHMIT 2005-1 (RMBS) | American Home Mortgage Investment Trust 2005-1 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMIT 2005-2 (RMBS) | American Home Mortgage Investment Trust 2005-2 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMIT 2005-3 | American Home Mortgage Investment Trust 2005-3 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMIT 2005-4A (RMBS) | American Home Mortgage Investment Trust 2005-4 | U.S. Bank National Association | Wells Fargo Bank, N. A. |
| AHMIT 2005-4C | American Home Mortgage Investment Trust 2005-4 | U.S. Bank National Association | Wells Fargo Bank, N. A. |
| AHMA 2005-2 | American Home Mortgage Asset Trust 2005-2 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMIT 2005-SD1 | American Home Mortgage Investment Trust 2005-SD1 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMIT 2006-1 | American Home Mortgage Investment Trust 2006-1 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMIT 2007-A (RMBS) | American Home Mortgage Investment Trust 2007-A | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMIT 2006-3 | American Home Mortgage Investment Trust 2006-3 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMIT 2007-SD1 (RMBS) | American Home Mortgage Investment Trust 2007-SD1 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMIT 2007-2 | American Home Mortgage Investment Trust 2007-2 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMA 2007-SD2 (RMBS) | American Home Mortgage Investment Trust 2007-SD2 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMIT 2007-1 | American Home Mortgage Investment Trust 2007-1 | Deutsche Bank National Trust Company | Wells Fargo Bank, N. A. |
| AHMIT 2005-4B | American Home Mortgage Investment Trust 2005-4 | | |